THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. JOHN W. MYERS, Defendant-Appellant.

(No. 55195;

First District—December 9, 1971.

Opinion by Mr. JUSTICE McGLOON.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. WILSON WEST, Defendant-Appellant.

(No. 54060;

First District—December 10, 1971.